An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NADINA BEVERLY, TRUSTEE OF THE BEVERLY-BLAIR TRUST #21,<br>Appellant,<br>vs.<br>WELLS FARGO BANK, N.A.,<br>Respondent. | No. 64990<br><br>**FILED**<br><br>JAN 2 2 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER GRANTING MOTION FOR REMAND
AND DISMISSING APPEAL*

Appellant has filed a motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that "upon remand it would vacate the order dismissing the case and proceed with litigation." The motion is opposed, and appellant has submitted a reply.[1]

We have considered the arguments raised by the parties, and cause appearing, we grant the motion. We remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant

---

[1]We grant appellant's motion for an extension of time to file the reply, and direct the clerk of the court to file the reply brief submitted on January 2, 2015.

15-02363

the relief requested.[2] Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Brent T. Adams, District Judge
Hon. David A. Hardy, District Judge
David E. Adkins
Snell & Wilmer LLP/Salt Lake City
Snell & Wilmer, LLP/Las Vegas
Washoe District Court Clerk

---

[2]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.